**FILED**
DEC 2 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>USA</u>   v.   <u>MATTHEW J. O'CONNOR</u>

DATE: <u>December 27, 2005</u>   CASE NO. <u>A05-0107 CR (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

Pursuant to Defendant O'Connor's Plea Agreement (Docket 36) filed **UNDER SEAL**, a change of plea hearing is scheduled for **Thursday, January 5, 2006, at 10:30 a.m.**, in Courtroom 2.

PD 12-27-05

37

M.O. SCHEDULING HEARING