## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

    USA  v.  MATTHEW J. O'CONNER

DATE:   January 19, 2006   CASE NO.   3:05-CR-0107 RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS RESCHEDULING SENTENCING**

---

    Defendant filed a Non-Opposed and Joint Motion to Continue Sentencing in case 3:05-cr-0052 CR. Please note that the correct case number for Defendant O'Conner is 3:05-cr-0107 RRB.

    Pursuant to Defendant's request, the sentencing presently scheduled for March 13, 2006, is **RESCHEDULED** and will be held on **Tuesday, April 25, 2006, at 9:00 a.m.**, in Courtroom 2.