IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MATTHEW J. O'CONNER, | ) Case No.: A05-0107 CR (RRB) |
| | ) |
| Defendant. | ) |

### ORDER

Based upon the Non-Opposed Motion to Continue Sentencing filed by Matthew J. O'Conner and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Sentencing is continued to 5/12, 2006 at 1:15 p.m.

DONE at Anchorage, Alaska, this 20 day of March, 2006.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net